# Exhibit 16-A

54-14-55-006



**www.acupay.com**

| New York | London | Madrid |
|---|---|---|
| 30 Broad Street<br>46th Floor<br>New York, NY 10004<br>Tel: + 1 212 422 1222<br>Fax: + 1 212 422 0790 | 28 Throgmorton Street<br>1st Floor<br>London EC2N 2AN<br>Tel: + 44 20 7382 0340<br>Fax: + 44 20 7256 7571 | Pradillo, 5 Bajo Ext. dcha.<br>28002 Madrid, Spain |

Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

Dear,

Please find attached a reclaim application to obtain a full refund of Danish dividend tax for a qualifying U.S. pension fund within the meaning of the Double Taxation Convention concluded between Denmark and the United States of America.

Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust (TIN: ▮5231)
6 Noble Lane,
Green Brook, NJ 08812, New Jersey
United States of America

Enclosed you will find:

- 1 Claim to Relief from Danish Dividend Tax Form 06.003 ENG
- 1 copy Power of Attorney between the beneficial owner and Acupay
- 1 original Dividend Credit Advice
- 1 copy Certificate of Residence Form 6166 for the tax year 2013

In case you have further questions or need additional information, do not hesitate to contact me.

Kind regards,

*[signature]*
06.01.2014

Stef Lambersy
T: +44.207.382.0348
M: slambersy@acupay.com

The name Acupay is a registered service mark of Acupay System LLC in the U.S. Patent and Trademark Office. Acupay System LLC is a limited liability company, Company No. FC026354, registered in England under number BR008499. Acupay System LLC has a registered office at 30 Broad Street, 46th Floor, New York, NY 10004 and branch office at 1st Floor, 28 Throgmorton Street, London EC2N 2AN.

54-14-55-007


SKAT

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    3,404,907.90

**Beneficial Owner**

Full name
Acorn Capital Strategies, LLC Employee Pension Profit Sharing Plan & Trust

Full address
TIN: ▮▮▮▮5231
6 Noble Lane,
Green Brook,
NJ 08812, New Jersey - United States of America

E-mail
reclaims@acupay.com attention to Stef Lambersy (+44.207.382.0348)

Signature
Beneficial owner/applicant
*[signature] ACUPAY SYSTEM LL  06-01-2014*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
DEXIA BANQUE INTERNATIONALE A LUXEMBOURG S.A
69 route d'Esch, Office PLM +446A, L 2953 Luxembourg
name of the account holder: Acupay System LLC

| Reg. no | Account no | | |
|---|---|---|---|
| | ▮▮▮▮▮5700 | | |
| SWIFT | BLZ | | IBAN |
| BILLLULL | | | LU38 0022 1819 0790 5700 |

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ..........................................................

Date        Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)
06.003 ENG



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST – 6 Noble Lane, Green Brook, New Jersey, 08812-2074, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Christian Hansen Holding A/S |
| ISIN: | DK0060227585 |
| SEDOL: | B573M11 |
| Ex Date: | 27th November 2013 |
| Record Date: | 29th November 2013 |
| Pay Date: | 2nd December 2013 |
| | |
| Quantity: | 1,020,000 Shares |
| Gross Div Rate: | DKK 6.26 |
| Amount Received: | DKK 4,661,196.00 |
| WHT Suffered: | DKK 1,724,004.00 |
| WHT %: | 27% |
| | |
| Agent/Cust Bank: | J.P.Morgan Chase Bank N.A. London |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | ▉8467 |
| | |
| Quantity: | 994,500 Shares |
| Gross Div Rate: | DKK 6.26 |
| Amount Received: | DKK 4,544,666.10 |
| WHT Suffered: | DKK 1,680,903.90 |
| WHT %: | 27% |
| | |
| Agent/Cust Bank: | BNP Paribas Securities Services Paris |
| Paid into Account: | ED&F Man Capital Markets Ltd |
| Account Number: | ▉524G |

*Handwritten annotations:* 12.610.770 / 3.404.907,90

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORIES.

Paul O'Sullivan
*[signature]*
Futures Operations Manager

Terry Stroud
*[signature]*
Global Chief Finance Officer

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000



## SPECIAL POWER OF ATTORNEY

I,

<u>Acorn Capital Strategies, LLC Employee Pension Profit Sharing Plan & Trust,</u> (TAX ID: ▮9181)
of 6 Noble Lane, Green Brook, NJ 08812, New Jersey

hereby grant

**ACUPAY SYSTEM LLC,**
of 28 Throgmorton Street,
London, EC2N 2AN
United Kingdom,

a special power of attorney, as broad as is necessary under the law, to pursue and file for reductions in rates of tax withholding in my name for which I am eligible, to oversee this process, and to collect refunds of excess withholding tax to which I am entitled on my behalf.

### AUTHORISATION

This power of attorney authorises **ACUPAY SYSTEM LLC** to carry out any and all acts which are necessary and appropriate for the following:

1. To request a refund of the excess tax withheld by submitting reclaim forms with foreign tax authorities.
2. To request a refund of the excess tax withheld by submitting claims with foreign custodians, withholding agents, or issuers.
3. To collect all repayments owed in above context from foreign tax authorities, custodians, withholding agents or issuers in the name of **ACORN CAPITAL STRATEGIES, LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST** and to acknowledge the receipt of such amounts.
4. To present all kinds of administrative appeals and economic-administrative reclaims to the relevant authorities, tribunals, and courts.
5. Request/obtain tax residency certification in the name of **ACORN CAPITAL STRATEGIES, LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST** as may be necessary to carry out the above.

This Power of Attorney shall take effect upon execution of the document and remain in effect until the Power of Attorney has been terminated by either party by providing five days prior written notice of its intent to terminate to the other party, whichever is earliest.

**IN WITNESS HEREOF**

Sign: _[signature]_

Print name: _Gregory Summers_   (authorised signer)

Date: _7/30/12_

Witness's name and signature: _[signature]_ GERALDINE A. OUELLETTE

54-14-55-010



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 28, 2013

Taxpayer: ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN-TR
TIN: ▇▇▇▇5231
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Certified as a True Copy
of the Original by me on
06.01.2014
Name:_____
Signed:_____

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

ORIGINAL SENT TO PKAT ON 23-04-2013

Form 6166 (Rev. 6-2008)
Catalog Number 43134V